OPINION — AG — **** COUNTY LAW LIBRARY — BOOK DISPOSAL **** UNDER THE TERMS OF 20 O.S. 1968 Supp., 1208 [20-1208], A COUNTY BOARD OF LAW LIBRARY TRUSTEES HAVE THE POWER TO ADOPT RULES AND REGULATIONS FOR THE DISPOSITION OF CERTAIN VOLUMES THAT HAVE BECOME OBSOLETE, OUTMODED AND OTHERWISE EXTRANEOUS. CITE: 20 O.S. 1968 Supp. 1201-1223 [20-1201] — [20-1223], (DUANE LOBAUGH)